UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE SCOTT, | ) | 3:07-CV-440-JCM (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | October 29, 2008 |
| | ) | |
| LT. HENDIX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Plaintiff has filed Motion to Compel HDSP Law Library to Stop Retaliating Against Me and Stopping My Due Process to Access the Court and Due Process to Law (Doc. #46). Defendants have opposed the Motion (Doc. #58). It appears to the court from the attachments to Defendants' Opposition that Plaintiff does have adequate access to legal materials and to cases from the law library.

Plaintiff's Motion to Compel HDSP Law Library to Stop Retaliating Against Me and Stopping My Due Process to Access the Court and Due Process to Law (Doc. #46) is DENIED.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk