UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE SCOTT, | ) | 3:07-CV-440-JCM (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | October 29, 2008 |
| | ) | |
| LT. HENDIX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

      Plaintiff has filed Motion to Make Medical at HDSP Compel to Treatment Me and Stop Retaliation Against Me (Doc. #47).  Defendants have opposed the Motion (Doc. #54). Plaintiff has also filed a Motion to Compel or Direct Warden Nevada to Direct His Correctional Officers to Stop Threaten My Life and Retaliating Against Me in HDSP (Doc. #56).

      Both of Plaintiff's Motions (Doc. Nos. 47 and 56) relate to occurrences at High Desert State Prison.  The case at issue revolves around events that occurred at Ely State Prison.  Likewise, none of the Defendants named in Plaintiff's Motions are named in this lawsuit.

      Plaintiff's Motion to Make Medical at HDSP Compel to Treatment Me and Stop Retaliation Against Me (Doc. #47) and Plaintiff's Motion to Compel or Direct Warden Nevada to Direct His Correctional Officers to Stop Threaten My Life and Retaliating Against Me in HDSP (Doc. #56) are DENIED.

      IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:  /s/
Deputy Clerk