## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| GEORGE SCOTT, | 3:07-CV-440 JCM (RAM) |
| --- | --- |
| Plaintiff, | |
| v. | Date: N/A |
| | Time: N/A |
| LT. HENDRIX, et al., | |
| Defendants. | |

## ORDER

Presently before the court is plaintiff's motion to move forward with defendant Ronald Bryant. (Doc. #101.) This motion is based on an inmate civil rights action filed by plaintiff, an inmate currently assigned to the Northern Nevada Correctional Center ("NNCC") in Carson City, Nevada.

On April 27, this court granted in part, and denied in part, defendants' motion for summary judgment (Doc. #96.) The court dismissed all claims against defendants except for one claim for First Amendment retaliation against defendant Bryant.

As the lawsuit proceeds to trial, plaintiff now requests that Bryant not come to his cell unless it is for institutional/inmate business. (Doc. #101.) The relief plaintiff requests is moot; plaintiff was transferred from Ely State Prison, where plaintiff was previously assigned, to NNCC. Thus, plaintiff is no longer housed at the institution where Bryant is employed.

Accordingly,

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's motion to move forward with defendant Ronald Bryant (doc. #101) is **DENIED as moot.**

DATED this 3rd day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -